UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MEDICAL VILLAGE III, LLC<br>*Plaintiff,*<br><br>v.<br><br>PHILADELPHIA INDEMNITY<br>INSURANCE COMPANY<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:25-cv-2948 |

# NOTICE OF SETTLEMENT

Plaintiff Medical Village III, LLC provide notice to the Court that Plaintiff and Defendant have agreed to settlement of all claims in this lawsuit. Accordingly, Plaintiff respectfully requests that any pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

Respectfully submitted,

**RAIZNER SLANIA LLP**

*/s/Jeffrey L. Raizner*
Jeffrey L. Raizner, *Attorney-In-Charge*
Texas Bar No. 00784806
jraizner@raiznerlaw.com
RAIZNER SLANIA LLP
2402 Dunlavy Street
Houston, Texas 77006
Telephone: (713) 554-9099
Facsimile: (713) 554-9098

*Of Counsel*:
Andrew P. Slania
Texas Bar No. 24056338
Todd R. Wells
Texas Bar No. 24124620
Theodore F. Richardson

State Bar No. 24137152
efile@raiznerlaw.com
RAIZNER SLANIA LLP
2402 Dunlavy Street
Houston, Texas 77006
Telephone: (713) 554-9099
Facsimile: (713) 554-9098
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing instrument is being served upon all counsel of record in accordance with the Federal Rules of Civil Procedure, on this 1st day of June 2026.

Steven J. Badger
Brandt R. Johnson
William Scott Keffer
ZELLE LLP
901 Main Street, Suite 4000
Dallas, Texas 75202-3975
**ATTORNEYS FOR DEFENDANT**

/s/ *Jeffrey L. Raizner*
JEFFREY L. RAIZNER