UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MEDICAL VILLAGE III, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:25-CV-02948 |
| PHILADELPHIA INDEMNITY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| *Defendant.* | § | |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

Plaintiff Medical Village III, LLC and Defendant Philadelphia Indemnity Insurance Company (collectively, the "Parties") jointly file this Agreed Motion to Dismiss with Prejudice asking this Court to dismiss all claims with prejudice to the refiling of same.

The Parties have resolved their differences and determined that they no longer wish to pursue the claims made in this lawsuit. Therefore, Plaintiff and Defendant no longer need the Court's assistance.

WHEREFORE, PREMISES CONSIDERED, the Parties jointly request that this matter be dismissed with prejudice, removed from the docket of this Court, and that the fees and costs be taxed against the party incurring same.

***(Space intentionally left blank)***
***(Signatures on next page)***

Respectfully submitted,

By: */s/ Brandt R. Johnson*
Brandt R. Johnson
Texas Bar No. 00794030
bjohnson@zellelaw.com
William Scott Keffer
Texas Bar No. 24114753
skeffer@zellelaw.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX 75202-3975
Telephone: 214-742-3000
Facsimile: 214-760-8994

**ATTORNEYS FOR DEFENDANT PHILADELPHIA INDEMNITY INSURANCE COMPANY**

**– AND –**

By: */s/ Todd R. Wells (with permission)*
Jeffrey L. Raizner
Texas Bar No. 00784806
aslania@raiznerlaw.com
Todd R. Wells
Texas Bar No. 24124620
twells@raiznerlaw.com
RAIZNER SLANIA, LLP
2402 Dunlavy Street
Houston, TX 77006
Telephone: 713-554-9099
Facsimile: 713-554-9098

**ATTORNEYS FOR PLAINTIFF MEDICAL VILLAGE III, LLC**