United States District Court
Southern District of Texas
**ENTERED**
July 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MEDICAL VILLAGE III, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:25-CV-02948 |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

**ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE**

Plaintiff Medical Village III, LLC and Defendant Philadelphia Indemnity Insurance Company jointly moved to dismiss this action in its entirety with prejudice, with each party bearing its own costs. After considering the Motion, this Court is of the opinion that the Motion should be, in all things, **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff and Defendant's Agreed Motion to Dismiss with Prejudice is hereby GRANTED in its entirety and this case is hereby **DISMISSED** with prejudice to Plaintiff's right to refile same.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all costs of Court and attorneys' fees shall be taxed to the party incurring same.

SIGNED this the 15th day of July, 2026.

George C. Hanks Jr.
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM:**

By: */s/ Brandt R. Johnson*
Brandt R. Johnson
Texas Bar No. 00794030
bjohnson@zellelaw.com
William Scott Keffer
Texas Bar No. 24114753
skeffer@zellelaw.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX 75202-3975
Telephone: 214-742-3000
Facsimile: 214-760-8994

**ATTORNEYS FOR DEFENDANT PHILADELPHIA INDEMNITY INSURANCE COMPANY**

**– AND –**

By: */s/ Todd R. Wells (with permission)*
Jeffrey L. Raizner
Texas Bar No. 00784806
aslania@raiznerlaw.com
Todd R. Wells
Texas Bar No. 24124620
twells@raiznerlaw.com
RAIZNER SLANIA, LLP
2402 Dunlavy Street
Houston, TX 77006
Telephone: 713-554-9099
Facsimile: 713-554-9098

**ATTORNEYS FOR PLAINTIFF MEDICAL VILLAGE III, LLC**